Charles Trudrung Taylor, #127105
Melody A. Hawkins, #226522
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\SKO\To_Be_Signed\10cv1453.losorwith.v.savemart.at.wpd:cm

Attorneys for Defendant SAVE MART SUPERMARKETS
  erroneously sued herein as SAVE MART SUPERMARKETS INCORPORATED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI LOSORWITH,<br><br>            Plaintiff,<br><br>    v.<br><br>SAVEMART SUPERMARKETS, INCORPORATED AND SMS MANAGEMENT COMPANY,<br><br>            Defendants. | Case No. 1:10-CV-01453-AWI-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

WHEREAS, the parties hereto wish additional time to attempt a resolution of the matter;

WHEREAS, the parties wish to conserve the Court's resources and time;

IT IS HEREBY STIPULATED by and between Plaintiff Kelli Losorwith and Defendant Save Mart Supermarkets, through their respective attorneys of record herein, that the scheduling conference currently set for November 23, 2010 at 9:30 a.m. may be continued to a date after January 10, 2011 to afford the parties time to evaluate and negotiate a settlement of this matter.

Dated:  November 15, 2010        LANG, RICHERT & PATCH, P.C.


                                 By        /s/
                                    Charles Trudrung Taylor
                                    Melody A. Hawkins
                                    Attorneys for Defendant
                                    SAVE MART SUPERMARKETS

///

Stipulation and Proposed Order to Continue Mandatory      -1-
Scheduling Conference

| | |
|---|---|
| Dated: November 15, 2010 | MOORE LAW FIRM |

By  /s/
Tanya E. Moore
Attorneys for Plaintiff
KELLI LOSORWITH

## **ORDER**

The parties having so stipulated,

The scheduling conference currently set for November 23, 2010 at 9:30 a.m. shall be, and hereby is, continued to February 1, 2010 at 9:15 a.m. in Courtroom 8 before the Honorable Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:   November 15, 2010**           **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE